*Per the officer's boord and sent up]*

Tanya Deladillo Nareau    BK#G095437
**Name and Prisoner/Booking Number**

Estrella Jail Maricopa County Sheriff's Jail Complex
**Place of Confinement**

3250 W. Lower Buckeye Road
**Mailing Address**

Phoenix, AZ 85009
**City, State, Zip Code**

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
☒ FILED          ___ LODGED
___ RECEIVED     ___ COPY

    SEP 0 3 2024

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY _____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Tanya Deladillo Nareau,
**(Full Name of Plaintiff)**

                Plaintiff,

v.

(1) Micheal Bidwell                          ,
**(Full Name of Defendant)**
(2) Elizabeth Martin                         ,
(3) The CEO's of the NFL                     ,
      Cardinals Team
(4) Steve Kiems                              ,

                Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.**  CV24-02318-PHX-DGC--CDB
                 **(To be supplied by the Clerk)**

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LR CvP 5.1
                **(Rule Number/Section)**

### A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☑ Other: Hijacking and stealing a company

2.  Institution/city where violation occurred: The United States of America
3.  and some International
       rights though this **550/555**
       is an Arizona USA
       Based and Headquarter Company

5) Kliff Kingsbury

6) Monti ossenfort

7) The CEOs of the NFL Headquarter

8) The owner of the NFL Headquarters

9) cardinal podcast that claim to be the official as in owned by cardinal or some other form of fraud                    podcast

10) ALL the T.V Media, Tablo Magazine press, and Radio, internet involved in these crimes or other crimes just like it. Broadcasting to the world and the Public that Micheal Bidwell is the sole owner of the Arizona cardinals and he is not.

11) Employees of the NFL headquarters involved In these crimes or other crimes just like it or related to these crimes.

12) Former employees of the NFL headquarters involved in these crimes or other crimes just like it or related to these crimes.

13) NFL Headquarters. Lawyers

14) The lawyer who handled the sale of the

cardinals on Elizabeth Martin's side
aka Widow Bidwell

15) Douglas Gordon Nareau

16) Any other Lawyers who may be involved in these crimes or any other crimes connected to these crimes.

17) Any Judges connected to these crimes or any crimes just like it or Related to these crimes.

18) Any courthouses that May be involved in these crimes or crimes Related to these crimes or crimes just like it.

19) The Arizona Cardinal's Lawyers

20) The NFL Headquarters accountants

21) The Arizona Cardinal's NFL Teams accountants

22) The Banks Handeling the NFL Cardinal Franchise football teams owner's bank accounts, buisniss accounts, expense accounts, profits accounts, Revenue accounts, payroll, and any other accounts

that may exist

23) The security Team at the Arizona
Cardinals NFL Franchise Team in 2006
when my step Dad Died.

24) The security Team at the Arizona
cardinal's NFL Franchise team now
in June 2024 when I Requested to
Monti Ossenfort via a letter from Jail
of how to operate Drafts this year,
& certain placements on the team this
year being 2024. And to have michael Bidwell
and this personal employees arrested
and Removed from the property
and to have the Law Sort them out.
I believe I was ignored by employees
who work for a company I own.

25) Any companies or facilities operating
and or Doing Buisness with Micheal
Bidwell Knowingly and wittingly in an
illegal fashion. As in knowing micheal
Bidwell is Not the truthful. or legal
owner of the Arizona cardinal's NFL Team

26) Any Political Parties assisting Micheal Bidwell in these crimes against me.

27) Any organizations or syndicates helping Micheal Bidwell committ these crimes against Me.

28) Any Members of government U.S. Federal level helping Micheal Bidwell committ these crimes against me.

29) Any members of government on a state level of any state helping Micheal Bidwell committ these crimes against me.

30) Any member of government on a city level of Any city helping Micheal Bidwell committ these crimes against me.

31) Any member of Any country including the United States of America helping Micheal Bidwell committ these crimes against me.

32) Any employees of the Arizona cardinals in the current era involved in these crimes or other crimes Related to crimes or similar to

. these crimes against me.

33) Any former employees of the cardinals involved in these crimes or other crimes connected to these crimes or other crimes similar to these crimes against me.

34) Any employee of one of my other companies involved in these crimes against me. or similar or related crimes. to these crimes.

35) Any Managers in the current era that are involved in these crimes or other crimes related to these crimes or other crimes just like it. of the cardinals

36) Any former managers of the Arizona Cardinal's involved in these crimes or other Related crimes or crimes similar to these crimes against me.

37) Any current managers of the NFL headquarters involved in these crimes or other Related crimes or similar to these crimes against me.

38) Any former managers of the NFL Headquarters involved in these crimes

...or crimes connected to or similar
nese crimes against me.

...NY NFL Referee guilty of committing
crimes against me or my team the
Arizona Cardinal's NFL football franchise
team.

40) Any former CEO's of the NFL headquarters
involved in these crimes or other crimes
similar to or Related to these crimes
against me.

41) Any former CEO's of the Arizona Cardinal
NFL franchise football team

42) Any owner of Any other NFL franchise
football team involved in these crimes
or other crimes just like these or
Related to these crimes against me

43) Any employee of another NFL franchise
football team involved in these crimes
or other crimes related to or similar
to these crimes against me.

44) Any associates of micheal Bidwell
involved in these crimes against
me or similar or related crimes to

page 1 of 2   Defendant's   page 2

these crimes.

45) Any affiliate of micheal Bidwell involved in these crimes or other crimes just like it or related to or similar to these crimes.

46) Any friend of Micheal Bidwell involved in these crimes or other crimes related to or similar to these crimes against me.

47) Any Neighbor of micheal Bidwell involved in these crimes or other crimes related to or similar to these crimes against me.

48) Any Buisness partner of micheal Bidwell involved in any of these crimes or other crimes similar to or connected to these crimes against me.

49) Any Investor involved with micheal Bidwell involved in these crimes or other crimes similar to or connected to these crimes against me.

50) Any associate of micheal Bidwell's father who is involved in these crimes or other crimes connected to these or similar to these crimes

Page 9

against me.

51) Any affiliates of micheal Bidwell's father involved in these crimes or other crimes just like it or Related to or similar to these crimes

52) Any Friend of micheal Bidwell's dad involved in these crimes or other crimes just like it or Related to or similar to these crimes against me.

53) Any Neighbor of micheal Bidwell's father involved in these crimes or other crimes related just like it.

54) Any Biusness partner of micheal Bidwell's father involved in any of these crimes or other crimes similar to these or connected to these crimes against me.

55) Any investor involved with micheal Bidwell's father involved in these crimes and other crimes just like it or Related to these crimes against me.

56) Any associates off Elizabeth Martin involved in these crimes or other crimes just like it or Related to these

mes against me

Any affiliates of Elizabeth Martin involved in these crimes or other crimes just like these crimes or connected to these crimes against

58) Any friend of Elizabeth Martin involved in these crimes or other crimes just like them or Related to these crimes against me.

59) Any Relative of Micheal Bidwell involved in these crimes or other crimes just like it or Related to these crimes against me.

60) Any Relative of Micheal Bidwell's Father involved in these crimes or other crimes just like it or Related to these crimes against me.

61) Micheal Bidwell's wife if he has one.

62) Micheal Bidwell's girlfriend if he has one.

63) Micheal Bidwell's ex wife or ex-wives if he has one or many.

64) Elizabeth Martin's Boyfriend if she

had one

65) Micheal Bidwell's personal employees.

66) Micheal Bidwell's father's personal employees if they are involved in these crimes or other crimes just like these crimes or connected to these crimes against me.

67) Elizabeth Martin's personal employees.

68) Micheal Bidwell's security Team

69) Elizabeth Martin's security Team.

70) Micheal Bidwell's fathers security team if they are involved in these crimes or other crimes similar to these crimes or related to these crimes against me.

71) Doug Gordon Nareau's security team.

72) Douglas Gordon Nareau's personal employees

73) Douglass Gordon Nareau's wife if he has one.

74) Douglas Gordon Nareau's girlfriend if he has one.

75) Douglas Gordon Nareau's ex wife or wives if he has more than one

76) Micheal Bidwell's Father's girlfriend.

77) Micheal Bidwell's Father's ex wife or exowives if chechas more than one.

78) Any other Lover or Sex partner of micheal Bidwell who may be involved in or have Knowledge of these crimes or other crimes just like these or related to these crimes against me.

79) Any other Lover or Sex partner of Elizabeth martin who may have Knowledge of these crimes or other crimes related to or connected to or or involved similar to these crimes against me in these crimes

80) Any other Lover or sex partner of Micheal Bidwell's father who may have knowledge of these crimes, or Related to these crimes or Similar, crimes to these crimes and are involved in these crimes against me

81) Any lover or Sex Partner of Douglas Gordon Nareau who may be involved in these crimes or have Knowledge of these crimes or Related crimes or similar crimes against me.

82) Any residential Employees of Micheal Bidwell who may have knowledge of these crimes or be involved in these crimes against me or similar crimes or Related crimes to these crimes against me.

83) Any CEO employee of another NFL Franchise team involved in these crimes or other crimes Related to or Similar to these crimes against me.

84) Any former CEO of another NFL franchise NFL team involved in these crimes or other crimes connected to or Similar crimes to these crimes against me.

85) Any former employee of Any NFL franchise team involved in these crimes or other crimes Related to or connected to these crimes or Similar crimes against me.

86) Any former owners of Any NFL football franchise team involved in these crimes or other crimes connected to these crimes or Similar crimes just like it against me.

87) Any former NFL football players involved in these crimes or other crimes just like these crimes or connected to these crimes against me.

88) Any current NFL football players involved in these crimes or other crimes similar to these crimes or other crimes connected to these crimes against me.

89) Any managers of any other NFL football franchise team involved in these crimes or have knowledge of these crimes against me or similar crimes or crimes connected to these crimes against me.

90) Any former managers of any other NFL football franchise team involved in these crimes or have knowledge of these crimes or other similar or related crimes against me.

91) The Arizona Cardinal cheerleaders who are involved in these crimes or have knowledge of these crimes or other crimes related to these crimes or similar to these crimes against me

92) The Arizona Cardinals airplane pilot

93) Any and all former Arizona Cardinals air plane pilots

94) The Arizona Cardinal's bus driver

95) The Arizona Cardinal's publicity personal

96) The Arizona cardinal's Liasion

97) The Arizona cardinal's former Liasion

98) The Arizona Cardinal's Public Relations person

99) The Arizona cardinal's former bus driver

100) The Arizona Cardinals former publicity person.

101) Any cheerleades from any other NFL franchise team involved in these crimes or other crimes connected to these crimes or similar to these crimes against me.

102) The Arizona Cardinal's former Public Relations person.

103) Anyone from the 72 sold Real estate company involved in these crimes or other crimes just like it or

Related to or connected to these crimes
or similar crimes against me

104) The owners of 72 sold Real estate
Company

105) Danielle AKA Danny Surek

106) Paul Culvisi

107) Kieth urban

108) Arizona cardinals lockdown Podcast company or what
ever the Name is with Paul Culvisi,
Kieth urban, and Danny Surek

109) WWW. omnilisten.com. Name of Company similar to it The podcast
Company featuring the cardinals

110) Danielle aka Danny Surek's Husband

111) Any former cardinal cheerleaders
involved in these crimes or have Knowledge
of these crimes or are connected to or
Related to or similar to these crimes
or other crimes against me.

112) Any cardinal football players involved
in these crimes or have Knowledge of
these crimes or other crimes just like

these crimes or connected to these crimes against me.

113) Any former cardinal's football player involved in these crimes or have knowledge of these crimes, or Related crimes, or similar crimes to these crimes against me.

114) Any commentators of the NFL who are involved in these crimes or have knowledge of these crimes or other crimes Related to these crimes or similar crimes against me.

15) Any spoke person of the NFL who is involved in these crimes or have knowledge of these crimes or other crimes similar to or Related to or connected to these crimes against me.

116) Any commentator of the Arizona cardinals involved in these crimes or have knowledge of these crimes or similar or Related crimes against me

117) Any spokes person of the Arizona cardinals who is involved in these crimes

page 1-A    Defendants    page 1-A

or any other crimes connected to these crimes or similar to these crimes against me

118) The Public Relations person for the NFL

119) The Liasion for the NFL

120) Any former commentator of the NFL who was involved in these crimes or have knowledge of these crimes and other crimes connected to these crimes or similar to these crimes against me

121) Any former spokesperson of the NFL involved in or have knowledge of these crimes and other crimes connected to these crimes or similar to these crimes against me.

122) Any former Liason for the NFL who was involved in these crimes or have knowledge of these crimes or any other crimes similar to these crimes or connected to these crimes against me.

123) Any former Public Relations person for the NFL who was involved in

in these crimes or similar crimes or crimes that are connected to these crimes against me.

124) Any former NFL Football players from any other team who was involved in these crimes or had knowledge of these crimes or other crimes just like it or connected to these crimes against me.

125) Any former NFL cheerleaders from any other team who was involved in these crimes or similar crimes or connected crimes to these crimes against me.

126) Any Relative of Elizabeth Martin. Involved in these crimes or other crimes similar to or connected to these crimes against me.

127) Any Relative of Douglas Gordon Narcaw involved in these crimes or other crimes similar to these crimes or connected to other crimes or knowledge of these crimes against me

Defendants

128) Any Relative of Douglas Gordon Nareau's wife - who is involved in or chas knowledge of this crime or any other crime similar to this crime or connected to other crimes against me.

129) Any Relative of Douglas Gordon Nareau's ex wife or ex-wives if there is more than one of them, that in involved in these crimes or has knowledge of these crimes or others crimes similar to or connected to these crimes against me

130) Any person, people, entities, companies or organizations, Buisnesses, countries, Governments, States, Institutions, facilities, syndicates, enterprises, political parties, or any thing or anyone involved in this conspiracy against me.

131) Any person, people institute, organization company, entity, political party, company Buisness, corporation, country, state, government, institute, facility, enterprise

syndicate, or political party, or any
thing or anyone involved in these crimes
or any other crimes connected to or
involved in or Related to these crimes
against me.

132) Any Relative g Douglas Gordon Nareau's
Relatives involved in these crimes or
Other crimes connected to or Similar
to these crimes or other crimes against
me

133) Any Relative g Douglas Gordon Nareau's
girlfriend if she has one that is
involved in these crimes or other
Crimes connected to these crimes or
Similar to these crimes against me.

134) Any Relative g Micheal Bidwell's wife who
is involved in these crimes or other crimes
connected to or similar crimes as these crimes
against me.

135) Any Relative g Micheal Bidwell's ex
wife or ex-wives y he has more
then one who is involved in these
crimes or other crimes connected to

these crimes or similar crimes against me.

136) Any Relative of Micheal Bidwell's girlfriend who is involved in these crimes or other crimes connected to these crimes or similar crimes against me.

137) Any ex girlfriends of Micheal Bidwell, who are involved in these crimes or have knowledge of these crimes or other crimes Just like these crimes against me.

138) Any ex-girlfriend's family members of Micheal Bidwell Who is involved in these crimes or have knowledge of these crimes against me or other similar crimes or connected crimes against me.

139) Any ex girlfriends Family members of Douglas Gordon Nareau who is involved in these crimes or have knowledge of these crimes against me.

140) Any Relative of Douglas Gordon Nareau's girlfriend who is involved in these crimes or have knowledge of these crimes or other crimes just like these or connected to these crimes against me.

141) Any Relative of Micheal Bidwell's father
who is involved in these crimes or
have knowledge of these crimes or
other crimes connected to or similar to
these crimes against me

142) Any Relative of Elizabeth Martin who
is involved in these crimes or has
knowledge of these crimes or other crimes
connected to or similar to these crimes
against me.

143) Any Relative of Micheal Bidwell's Relatives
who are involved in these crimes or have
knowledge of these crimes or other crimes
connected to or similar to these crimes against me.

144) Any Relative of Micheal Bidwell's
Fathers Relatives. involved in these
crimes or have knowledge of these
crimes or similar crimes or connected
crimes to these crimes against me.

145) Any Relatives of Elizabeth Martin's.
Relatives who are involved in these crimes
and other crimes connected to or similar
to these crimes or knowledge of these
crimes against me.

151) Any company involved in sponsoring the NFL that is involved in these crimes or have knowledge of these crimes or other crimes or connected or similar crimes against me.

152) Any companies that Do advertising for the NFL that are involved in these crimes or have knowledge of these crimes or other crimes similar to or connected to these crimes against me.

153) Any Dealers or Brokers of the NFL that are involved in these crimes or have knowledge of these crimes or similar or connected crimes against me.

154) Any credit card companies that are involved in these crimes or have knowledge of these crimes or other crimes or similar or connected crimes against me.

155) Any credit union involved in these crimes or have knowledge of these crimes or similar crimes or connected crimes against me.

156) Any travel agency who is involved in these crimes or have knowledge of these crimes or other crimes connected to or similar to these crimes against me.

157) Any Travel Agent who is involved in these crimes or has knowledge of these crimes and/or other crimes similar to these crimes or connected to these crimes against me.

158) Any Company that manufactures any Arizona Cardinals merchandise that is involved in these crimes or have knowledge of these crimes or similar or connected crimes against me.

159) Any company that does Buisness with the Arizona Cardinals that is involved in these crimes or has knowledge of these crimes or other crimes that are connected to or similar to these crimes

160) Any Vendors that sell ^(major purchases) items to the arizona Cardinals such as planes, Buses, cars, Semi trucks, and any thing else that is involved in these crimes

and/or other similar or connected crimes against me.

101) Any other vendors that sell items smaller than automobiles to the Arizona Cardinals that are involved in these crimes and/or have knowledge of these crimes or other crimes similar to these crimes or connected to these crimes against me. minor purchases

102) Any employees of any vendor companies big or small who are involved in these crimes or have knowledge of these crimes or similar or connected crimes against me.

103) any credit card company employees involved in these crimes or have knowledge of these crimes or similar or connected crimes against me.

104) Any employees of any credit unions who are involved in these crimes or have knowledge of these crimes or any other similar or connected crimes against me

105) Any employees of any advertizing company

involved in these crimes or (have know
ledge of these crimes or other crimes
similar to these crimes or connect to
these crimes against

166) The marketing team for the Arizona
Cardinals

167) All of the employees employed by
the Arizona Cardinals at the time
when we purchased the Arizona
Cardinal's from Widow Bidwell

168) All of the employees employed by the
NFL headquarters at the time when we purchased
the Arizona Cardinals from Widow
Bidwell

169) The marketing team for the NFL

170) The former marketing team for the NFL

171) The former marketing team for the
Arizona Cardinals football team.

172) Any residential employees of Elizabeth
Martin who are involved in these
crimes or have knowledge of these
crimes or other crimes connected to
these crimes or similar ones against me

173) Any Residential Employee q micheal Bidwell's Father who is involved in these crimes or have knowledge q these crimes OR other crimes connected to or Similar to these crimes against me.

174) Any Residential Employee q Douglas Gordon Nareau who is involved in or has Knowledge q these crimes or other crimes connected to these crimes or similar crimes against me.

175) Any Neighbor q Elizabeth martin who is involved in these crimes or have knowledge q these crimes or other similar or connected crimes against me.

176) Any Buisness partner q Elizabeth martin involved in these crimes or similar or connected crimes against me

177) Any Investors involved with Elizabeth martin who is involved in these crimes or has Knowledge q these crimes or similar crimes or connected crimes against me.

178) Any business associates or affiliates of micheal Bidwell involved in these crimes and/or other crimes related to these crimes or connected to these crimes against me.

179) Any Buisness associates or affiliates of Micheal Bidwell's father involved in these crimes or other crimes similar to and connect to crimes against me.

180) Any Buisness associates or affiliates of Elizabeth martin involved in these crimes or other crimes connected to these crimes or similar crimes against me

181) Any Buisness associates & affiliates of Douglas Gordon Nareau involved in these crimes or other crimes connected to or similar to these crimes against me

182) Any associates of Douglas Gordon Nareau Involved in these crimes or other crimes connected to or similar to these crimes against me.

183) Any affiliates of Douglas Gordon Nareau involved in these crimes or other crimes

connected to these crimes or other
crimes similar to these crimes against
me.

184) Any friends of Douglas Gordon Nareau
involved in these crimes or other crimes
connected to these crimes or similar
crimes against me-

185) Any Neighbors of Douglas Gordon Nareau
who are involved in these crimes or other
crimes similar to or connected to these
crimes against me.

186) Any Buisness partness of Douglas Gordon
Nareau who is involved in these crimes and/or
Other crimes connected to or similar
to these crimes against me.

187) any investors involved with of Douglas Gordon
Nareau who are involved in these
crimes or other crimes similar to
these crimes or connected to other
crimes against me.

188) Any former owners of the NFL headquarters that
are involved in these crimes or have
knowledge of these crimes or other
crimes connected to or similar to these crimes
against me.

189) Any owner of any Bank involved in
these crimes or chave knowledge of any
of these crimes or similar crimes or
against connected crimes against me

190) Any owner of any company that does
Buisness with the Arizona cardinals
that is involved in these crimes and/or
other crimes connected to or similar to these
crimes against me.

191) Any owner of any credit card Company
involved in these crimes or chave knowledge
of these crimes or other crimes similar to
those crimes or connected to these crimes
against me.

192) Any owner of any credit union involved
in these crimes or other crimes
connected to these crimes or similar
to these crimes against me.

193) Any person, people, organization, company,
facility, political party, Buisness, state,
government, city, entity, or anything or
anyone else who appears to be
Running an enterprise, orchestrating

an enterprise, or facilitating an
enterprise or anything else against me.

194) Any owner or founder of a company that
claims to be Representing the arizona
Cardinals on an official level. I have
sold NO parts of my company to
anyone.

195) Any owner or founder of a company
who claims to Represent the cardinals
who is involved in these crimes or
other crimes connected to or similar
to other crimes against me.

196) Any movie people who have used the
cardinals or anything else unlawfully
outside of the paramaters of my Trust.

197) Any TV, Radio, or Press, or Magazine podcast internet people or anything else
who have used the cardinals or done anything
else with the cardinals outside of
my Trust paramaters

198) any buisness, company, or corporation
that has done anything with or
in regards to the cardinals outside

of the guidlines and paramaters of my trust

199) Any Bank who has done anything with or in Regards to the Arizona Cardinals outside of the guidlines and paramaters of my trust

200) Any credit card company who has done any with or Regards to the Arizona Cardinals outside of the guidlines and paramaters of my trust

201) Any credit union that has done anything with or in Regards to the Arizona Cardinals outside of the paramaters of my and guidlines of my trust.

202) Any Relative of Elizabeth Martin's lover and sex partner. who is involved in these crimes and/or have knowledge of these crimes.

203) Any Relative of Elizabeth Martin's boyfriend who is involved in these crimes or other crimes connected to these crimes or similar to these crimes or have knowledge of these crime against me

204) Any Relatives of Micheal Bidwell's father's girlfriend who are involved in these crimes or other crimes connected to these crimes or similar to these crimes or have knowledge of crimes against me.

205) Any relative of Micheal Bidwell's girlfriend who is involved in these crimes and/or have knowledge of these crimes or other similar crimes or connected to these crimes against me.

205 b) Any CEO of any bank involved in these crimes or has knowledge of these crimes or any similar or connected to these crimes against me.

206) Any CEO of any credit card company involved in these crimes or have knowledge of these crimes or similar crimes or crimes connected to these crimes against me.

207) Any CEO of any credit union involved in these crimes or any other crimes or have knowledge of these crimes or similar crimes or connected crimes against me.

208) Any CEO of any company that does Business with the NFL that is involved in these crimes or chas knowledge of these crimes other crimes similar crimes to these crimes or connected to these crimes against me.

209) any CEO of any company that does Business with the Arizona Cardinals that is involved in these crimes or has knowledge of these crimes and or any other crimes similar to these crimes or connected to these crimes against me.

210) Any News or TV Station American National or International involved in these crimes or chave knowledge of these crimes or other similar or connected crimes against me.

211) Any News paper or press company American National or International involved in these crimes or chave knowledge of these crimes or similar crimes or connected crimes against me.

page (11)    Defendant(s)    page 11A

12) Any cable channel, cable Network, Satellite Network, or media network and any of thier programmings and anything and/or anyone else involved in these crimes or have knowledge of these crimes or similar crimes or other crimes connected to these crimes against me. This is on an American National or International Level.

213) Any Magazine or Tabloid company involved in these crimes or have knowledge of these crimes or other crimes connected to or similar crimes aganst me.

214) Any Podcast and/or podcast company involved in these crimes and/or have knowledge of these crimes or other crimes connected to these crimes or similar crimes against me.

215) Any internet company or Network involved in these crimes or have knowledge of these crimes or other crimes similar to these or connected crimes against me.

216) any Radio company American National or internation Level that is involved in these crimes or has knowledge of these crimes or other crimes connected to these crimes or other crimes against me.

217) any other public Broadcasting System company on the American national or Unternational Level involved in these crimes or has knowledge of these crimes and/or other crimes connected to these crimes or similar to these crimes against me.

218) Multiple gambling sites American National and international that Feature the Arizona Cardinals and the NFL that are involved in these crimes or have knowledge of these crimes or similar crimes and or connected crimes against me.

219) Multiple casinos American National and international involved in these crimes and other crimes and have knowledge of these crimes. or other crimes similar or connected to these crimes against me.

220) multiple bars and Restraints including places like sportsbook that are involved in these crimes and/or have knowledge of these crimes or other crimes just like it or connected to these crimes against me.

221) Other companies like Dignity Health that Do Buisness with the Arizona Cardinals that are involved in these crimes or have Knowledge of these crimes and/or other crimes connected to these crimes or similar crimes to these.

222) Other companies Major and Minor who do Buisness with the NFL- Who are involved in these crimes or have knowledge of these crimes and/or other crimes, connected to these crimes or similar to these crimes against me.

223) Any schools, Universites colleges or other institutes, facilites or entities involved in these crimes or have knowledge of these crimes and/or other Related or Similar crimes against me.

224) The Makers and company that provide the Uniform and other sport clothing for the Arizona Cardinal team who is involved in these crimes and other crimes just like these crimes or other crimes connected to these crimes.

225) The companies organizing and facilitating around the Arizona Cardinals NFL Franchise team to include the companies vending and operating at State Farm Stadium.

226) Anyone claiming to own my buildings associated with the Arizona Cardinals NFL Football Franchise team. Such as State Farm Stadium, warehouses, Storage units, Arizona Cardinals Head quarters, football camp and other things I have. and cheerleader stuff too

227) The companies providing equipment and other things to the Arizona Cardinals who are involved in these crimes and/or other crimes similar or connected to these crimes against me.

228) Any one who offers a service to the Arizona Cardinals NFL football franchise team who is involved in these crimes or other crimes just like these or crimes Related to these crimes against me.

229) The company that is ~~serving~~ servicing the Arizona Cardinals "meal plan

230) The Travel agency involved with the Arizona Cardinals

231) The Travel Agent Handeling The Arizona Cardinals

232) Other companies that Recieve Charities from the Arizona Cardinals NFL team

233) Inmate Legal services officer Badge# B6258 from the Maricopa county sheriffs jail complex. (ILS officer B6258)

234) Inmate legal services office of the Maricopa county sheriffs offices and Department in Arizona U.S.A.

235) Inmate legal services officer B4627 of MCSO

the Arizona Cardinal shortly after Elizabeth Martin inherited from her husban MR. Bidwell, Micheal Bidwell's father. Organizing and facility Banking and credit against me and my company. Not contacting me about the ownership and Necessities of the company. Keeping me out of the way and a secret from the company, it's employees, the government, the NFL, and the World. Lieing, slander, and Defiramation. Appearing to the public eye that games are being purchased sacraficed and thrown or bartard of comprimized. Also appearing to the public eys that the team, is thrown, purchasesed, sacraficed, bartard and or other crimes that Not only Ruin stats, the companies Reputation, compromises and hinders the company and it's employees, but it also Ruins gambling and gambling odds for the fans, and everyone else in the world.

<u>ARBITRATION</u> Stealing financial and money funds theft. Larceny, Racketeering enterprising, organizing and enterprise against me. Facilitating an an enterprise against me. orchestrating an enterprise against me. Threats, Even Death threats. Gang Stalking. Harrassment. Embezzelment. Self appointing jobs. Self hiring jobs. Facilitating and operating a company under fraudulent owner ship and fraudulent management. Self promoting. Hiring and enterprising with people who are personal to the people committing the crimes. False Advertisement. False broadcasting Listing micheal Bidwell as the owner of the Arizona Cardinals worldwide. Not giving proper respect and advertising. They List Elizabeth Martin as the First female to ever own an NFL football Franchise team. That makes me the second I aquired

page Hl — Jurisdiction    Page 1-1

who supports the cardinals and it gives an
unfair advantage against people who
go for and support the cardinals and
gives higher levels and advantages for
people who go against the cardinals. This
also cost me money on commercial
buisness loss as the cardinal fan comm-
unity looses faith Bets less and buy
less and attends Less games. This
is also all illegal. This also lowers the
value of the Arizona cardinals and it
Lowers its position for example the
in 2023 The Arizona cardinals was
only valued at $4.3 Billion Dollars and
was rated #27 in the Legue. The Dallas
cowboys in the same year were value at
$11.4 billion Dollars and #1 in the Legue.
Plus I get bad reviews from inside
the Legue Like "worse employee meal
plan in the NFL" and other things
like that. Doing thier will and thier
Way on and off the field and during

drafts, games, practice, publicity stuff, public relations, Sweepstakes, contest, promos, good will, Philantrophy, Hospitals, employee staffing and unstaffing, Company Legal stuff and Legalities, and many, many other things. I do not know if any of my employees are being threatened, gang stalked, bribed, or hurt emotional, physically, mentally or sexually or anything else. There are probably many more crimes and violations that are being committed and have been committed against me through the years and decades that my company has sat and still sits in trust, or request that are under the Federal Court Rights and jurisdiction to assist me and my company and safe us from these crimes and these criminals which in turn may also be saving the life of an employee, fan, or bystander. I Request that the Federal Court the

highest jurisdiction in the united states
of America site and List and Document
all other crimes, violations, and anything
else on my behalf since it is trained
In the Law and is the Law and the
highest jurisdiction of law in the USA
and I am not. I am a victim and a
civillian. I also Reserve the Right to have
my Attorney Mr. Christiansen from
the Phoenix Arizona office of the ACLU.
The American Civil Liberties union. to
Bring up anything and everything on
my behalf. As she is trained in the Law
and I am not. this situation is also
creating hardship on me emotionally
and psycologically and financially. Though
I am unsure if I have coporate and
Buisness hardship because of this
situation. If it is creating a hardship
on my company.

## B.  DEFENDANTS

1.  Name of first Defendant: Micheal Bidwell . The first Defendant is employed
as: The Son of the woman we bought at Arizona U.S.A .
Her Arizona (Position and Title) cardinals NFL team From (Institution)

2.  Name of second Defendant: Elizabeth Martin . The second Defendant is employed as:
as: The woman we bought the NFL at Arizona U.SA .
Football team the (Position and Title) Arizona Cardinals From. (Institution)

3.  Name of third Defendant: The CEOs of the NFL . Arizona Cardinals The third Defendant is employed
as: People who are claiming micheal at In the U.S.A. Arizona
Bidwell is the (Position and Title) owner of the Arizona cardinals (Institution)

4.  Name of fourth Defendant: Steve Kiems . The fourth Defendant is employed
as: The Former soldier who became that at Arizona U.S.A .
General Manager (Position and Title) of the Arizona cardinals unknowingly to me. (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2.  If yes, how many lawsuits have you filed? 18 . Describe the previous lawsuits:

a.  First prior lawsuit:
   1.  Parties: Tanya Delgadillo Naranv. Gilbert Police Department
   2.  Court and case number: Federal 2010
   3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) I Withdrew
   from court and want to serve my prison sentence.

b.  Second prior lawsuit:
   1.  Parties: Tanya Delgadillo Naranv. Tempe Police Force and several
   2.  Court and case number: Federal 2024 others
   3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____
   Still pending

c.  Third prior lawsuit:
   1.  Parties: Tanya Delgadillo Naranv. Gilbert Police Force and
   2.  Court and case number: Federal 2024 several
   3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) others
   Still pending

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

5) Name of the fifth Defendant Kliff Kingsbury
The fifth defendant is employed as The
Former head coach of the Arizona cardinals
at State of Arizon in the U.S.A

6) Name of the sixth Defendant Monti Ossenfort
The sixth defendant is employed as The
current General Manager of the Arizona Cardinals
at State of Arizona in the USA.

7) Name of the seventh defendant The CEOs of
the NFL Headquarters. The seventh defendant
is employed as The Headquarters of corporate
NFL at Location unknown to me.

8) Name of the eigth defendant The owner of the
NFL Headquarter. The eight defendant is
employed as The person who owns corporate
NFL at Location unknown to me

9) Name of the Nineth defendant Arizona Cardinal
podcast that claim to be the official site as
in owned by the cardinals or some other
form of Fraud. The nineth defendant is
employed as unknow to me at
unknown to me.

10) Name of the tenth defendant all the

TV. media, tabloids, magazines, press, Radio podcast and internet involved in these crimes or other crimes connected to this crime or similar to these crimes. Broadcasting to the world and the public that Micheal Bidwell is the sole owner of the Arizona Cardinals and che is not. The ~~Band gots~~ defendant is employed as unknown to me at unknown to me.

11) Name of the Eleventh defendant Employees of the NFL Headquarters involved in these crimes and/or other crimes connected to or similar to these Crimes against me. The eleventh ~~defendant~~ is employed as unknow to me, at unknown to me

12) Name of the Twelvth defendant Former employer of the NFL headquarters involved in these crimes and/or other crimes similar to or connected to these crimes against me. The twelvth defendant is employed as unknownto me at unknown to me

13) Name of the therteenth defendant NFL cheadquarter's Lawyers The therteenth defendant is employed as unknown to me at unknown to me.

(14) Name of the fourteenth defendant. The lawyer who handled the sale of the Arizona cardinals NFL football team on Elizabeth Martin's side AKA Widow Bidwell. The fourteenth defendant is employed as unknown to me at unknown to me.

(15) Name of the fifteenth defendant. Douglas Gordon Nadeau. The fifteenth defendant is employed as my step father's son he had with his ex-wife. at California U.S.A

(16) Name of the sixteenth defendant. any other lawyers who may be involved in these crimes and/or other crimes connected to or similar to these crimes against me. The sixteenth defendant is employed as unknown to me at unknown to me.

(17) Name of the seventeenth defendant. any judges connected to these crimes and/or other crimes connected to or similar to these crimes against me. The seventeenth defendant is employed as unknown to me at unknown to me

(18) Name of the eighteenth defendant. any courthouse that may be involved in these crimes and/or other crimes connected

to these crimes or similar crimes against me
The eighteenth defendant is employed as
unknown to me at unknown to me

19) The name of the Nineteenth defendant
The Arizona cardinal's Lawyer, The nine-
teenth Defendant is employed as The
Attorney for the Arizona cardinals at
Arizona U.S.A or unknown to me

20) Name of the twentieth defendant The NFL
Headquarters accounts The twentieth
defendant is employed as The person who
should know who Really owns the Arizona
cardinals and who's Really paying the
Arizona cardinal's Bills at unknown to me

21) The twenty first defendant is employed.
Name The Arizona cardinals NFL Team's
accountants The twenty first defendant
is employed as someone who should know
who Really owns the Arizona cardinals
and who's Really paying the cardinal's Bills.

22) Name of the twenty second defendant the
Banks handeling the NFL cardinal Franchise
team and all of its accounts and the
owners accounts too The twenty second

defendant is employed as The Bank or Banks that should know who Really owns the arizona cardinals and who pays its Bills and payroll at Arizona USA or unknowntome

23) Name of the twenty-third defendant The Security team at the Arizona Cardinals NFL football franchise Team in 2006 When my step Dad died. The twenty-third defendant is The Security Team That my step father gave instructions and a Directive to telling them to have Micheal Bidwell and his enterage and personal employees arrested and Removed from the premises and the Arizona Cardinals facility and all its animities at Tempe arizona Arizona Cardinals Headquarters building.

24) Name of the twenty-fourth defendant The Security team at the Arizona Cardinals in the current Era in June 2024 That i told Monti ossenfort to have him and security have Micheal Bidwell and his enterage and personal employees arrested, removed, prosecuted and sentenced

page 52

The twenty fourth defendant is employed
as The current security team of the
Arizona Cardinals when I sent out my orders
and directives in June 2024 at Tempe
Arizona of the Arizona Cardinals Headquarters
Building.

25) Name of the twenty fifth defendant any
companies or facilities operating or doing
Business with Micheal Bidwell knowingly
and wittingly in an illegal fashion. As in
Knowing Micheal Bidwell is not the true
owner of the Arizona Cardinals. The twenty
fifth defendant is employed as someone
who should know who Really owns the
Arizona Cardinals NFL team. at unknown to me

26) Name of the twenty sixth defendant any
political parties assisting Micheal Bidwell
in crimes against me. The twenty sixth
defendant is employed as unknown to me
at unknown to me.

27) Name of the twenty seventh defendant any
organizations of syndicates helping
Micheal Bidwell commit these crimes
against me. The twenty seventh defendant

is employed as unknown to me at unknown to me

28) Name of the twenty eighth defendant any members of the US government on the U.S. Federal level helping Micheal Bidwell committ these crimes against me. The twenty eighth defendant is employed as unknown to me at unknown to me

29) Name of the twenty nineth defendant any member of the government on a State level of any state helping micheal Bidwell committ crimes against me. The twenty ninethe defendant is employed is employed as unknown to me, at unknown to me

30) Name of the thirtieth defendant any member of government on a city level of any city helping micheal Bidwell committ crimes against me. The thirtieth defendant is employed as unknown to me at unknown to me

31) Name of the thirty first defendant any member of a country any country including the United States of America helping micheal Bidwell committ crimes against me the thirty first defendant is employed as unknown to me at unknown to me

32) Name of the thirty second defendant any employees of the Arizona Cardinals in the current era involved in these crimes and/or other crimes connected to or similar to these crimes against me or anyone, someone who knows the truth as ~~~~~~ at unknown to me. The thirty second defendant is employed

33) Name of the thirty third defendant any former employees of the Cardinals involved in these crimes and/or other crimes similar to or connected to these crime against me. The thirty third defendant is employed at unknown to me as ~~~~~~ someone who knows the truth

34) Name of the thirty fourth defendant any employee of one of my other companies involved in these crimes and/or other crimes similar to or connected to these crimes against me. The thirty fourth defendant is employed as unknown to me at unknown to me.

35) Name of the thirty fifth defendant any managers in the current era that are employed by the Arizona Cardinals that are involved in these crimes and/or other crimes connected to or similar to these crimes against me. The thirty fifth defendant is employed as ~~~~~~ someone

39) Name of the thirty nineth defendant any NFL Referee guilty of committing crimes against me or my team the Arizona Cardinals. The thirty nieth defendant is employed as someone who would be throwing games or Ruining the stats of the cardinals on pur-pose to lower thier value or for personal gain. at the NFL

40) Name of the fourteeth defendant any former CEO's of the NFL headquarters involved in these crimes against me and/or similar crimes or connected crimes against me. The fourteeth defendant is employed as someone who would know the truth about the ownership of the arizona Cardinals at the NFL

41) Name of the fourty first defendant any former CEO of the Arizona Cardinals NFL team the fourty first defendant is employed as someone who would know the truth about the ownership of the Arizona Cardinals at The Arizona Cardinals

42) Name of the fourty second defendant Any owner of any other NFL football franchise team. The fourty second defendant is employed as someone who would know the truth about the

ownership at the Arizona Cardinals at
unknown to me

43) Name g the forty third defendant any
employee g another NFL football team
the forty third defendant is employed as
someone who would know the truth about
the ownership g the Arizona Cardinals
football team at unknown to me

44) Name g the forty fourth defendant any
associates y micheal Bidwell involved
The name of forty forwith defendant is
employed as someone who would know
the truth about the ownership g the
Arizona Cardinals football team NFL at
unknown to cme

45) Name g the forty fifth defendant any
affiliate g micheal Bidwell involved The
forty fifth defendant is employed as
someone who would know the truth about
the ownership g the Arizona Cardinals NFL
team at unknown to cme

46) Name g the forty sixth defendant any
friendly micheal Bidwell involved The
forty sixth defendant is employed as
someone who would know the truth
about the ownership g the arizona

cardinals NFL football team at unkown tone

47) Name q the forty seventh defendant any Nieghbor q Micheal Bidwell involved the forty seventh defendant is employed as Some one who would know the truth about the ownership q the Arizona cardinals NFL team at unknown to me

48) Name q the forty eighth defendant any Busness Partner of michael Bidwell involved the fourty eighth defendant is employed as someone who could know the truth about the ownership q the Arizona Cardinals NFL football team at unknown to me

49) Name q the forty nineth defendant any investor involved with michael Bidwell involved the forty nineth defendant is employed as someone who would know the truth about the ownership q the NFL football team the Arizona cardinals at unknown to me

50) Name q the fiftieth defendant any asso ciate q micheal Bidwell involved the fiftieth defendant is employed as some one who would know the truth about the ownership of the Arizona cardinals N

Team at unknown to me

51) Name of the fifty first defendant any affiliates of micheal Bidwell's father involved. The fifty first defendant is employed as someone who would know the truth about the ownership of the Arizona Cardinals NFL football team at unknown to me.

52) Name of the fifty second defendant any friend of micheal Bidwell's father involved. The fifty second defendant is employed as someone who would know the truth about the ownership of the NFL football team the Arizona Cardinals at unknown to me.

53) Name of the fifty third defendant any Nieghbor of micheal Bidwell's father involved. The fifty third defendant is employed as someone who would know the truth about the ownership of the NFL Arizona cardinals at unknown to me.

54) Name of the fifty fourth defendant any Business partner of micheal Bidwell's father involved. The fifty fourth defendant is employed as someone who would know the truth about the ownership of the NFL Arizona cardinals. at unknown to me.

55) Name of the fifty fifth defendant any investor involved with micheal Bidwell's

father involved the fifty fifth defendant
is employed as someone who would know
the truth about the ownership of the NFL
arizona Cardinals football team at unknown to me

56) Name of the fifty sixth defendant any asso
ciate of Elizabeth martin involved the fifty
sixth defendant is employed as someone who
would know the truth about the NFL
arizona Cardinals team at unknown to me

57) Name of the fifty seventh defendant any
affiliates of Elizabeth martin involved the
fifty seventh defendant is employed as
someone who would know the truth about
the ownership of the NFL arizona Cardinals
at unknown to me

58) Name of the fifty eight defendant any friend
of Elizabeth martin involved one fifty
eighth defendant is employed as someone
who would know the truth about the
ownership of the NFL arizona Cardinals team
at unknown to me

59) Name of the fifty nineth defendant any
Relative of micheal Bidwell involved the
fifty nineth defendant is employed as
someone who knows the truth about

the ownership of the NFL Arizona Cardinals
at unknown to me.

(60) Name of the sixtieth defendant any relative
of micheal Bidwell's father involved the
sixtieth defendant is employed as someone
who would know the truth about the ownership
of the NFL arizona cardinals at unknown to me

(61) Name of the sixty first defendant micheal
Bidwell's wife if he had one. The sixtyfirst
defendant is employed as someone who
would know the truth about the ownership
of the Arizona Cardinals at unknown to me

(62) Name of the sixty second Defendant micheal
Bidwell's girlfriend if he has one. The sixty
second defendant is employed as some
one who would know the truth about the
NFL cardinal team AZ at unknown to me

(63) Name of the sixty third Defendant micheal
Bidwell's ex wife or ex-wives if he has one.
the sixty third defendant is employed as
someone who would know the truth about
the ownership of the Arizona Cardinals at
unknown to me.

(64) Name of the sixtyfourth defendant Elizabeth
martin's Boyfriend if she had/has one. The
sixty fourth defendant is employed as
someone who would know the truth about

the ownership of the arizona cardinals NFL
at unknown to me

65) Name of the sixty fifth defendant micheal
Bidwell's personal employees the sixty
fifth defendant is employed as someone who
would know the truth about the NFL arizona
cardinals team at unknown to me

66) Name of the sixty sixth defendant micheal
Bidwell's Father's personal employees the
sixty sixth defendant is employed as
someone who would know the truth about
the ownership of the NFL Arizona cardinals team
at unknown to me

67) Name of the sixty seventh defendant Elizabeth
martins personal employees The sixty seventh
defendant is employed as someone who
knows the truth about the ownership
of the NFL Arizona Cardinals team at unknown to
me

68) Name of the sixty eighth defendant micheal
Bidwell's security team The sixty eighth
defendant is employed as someone who
would know the truth about the owner
ship of the NFL Arizona Cardinals team
at unknown to me

69) Name of the sixty nineth defendant Elizabeth
martins security team The sixty nineth

page

defendant is employed as someone who
would know the truth about the
ownership of the NFL Arizona cardinals team
at unknown to me

70) Name of the seventieth defendant micheal
Bidwill's Father's security team. the
seventieth Defendant is employed as someone
who would know the truth about the ownership
of the NFL Arizona cardinals team at unknown
to me.

71) Name of the seventy-first defendant Douglas
Gordon Norgau's security team the seventy-
first defendant is employed as someone who
would know the truth about the ouner
ship of the NFL Arizona cardinals team
at unknown to me

72) Name of the Seventy second Defendant
Douglas Gordon Norgau's personal employees
The seventy second defendant is employed
as someone who knows the truth about
about the NFL Arizona cardinals team
at unknown to me

73) Name of the seventy third Defendant Douglas
Gordon Norgau's wife if he has one the seventy-
Third Defendant is employed as some one who
would know the truth about the ownership
of the NFL Arizona cardinals team
at unknown to me

74) Name of the seventy fourth defendant Douglas Gordon Narcaus girlfriend if he has one. The seventy fourth defendant is employed as someone who would know the truth about the ownership of the NFL Arizona Cardinals at unknown to me.

75) Name of the seventy fifth defendants Douglas Gordon Narcaus ex wife or wives if he has more than one. The seventy fifth defendant is employed as someone who would know the truth about the ownership of NFL Arizona Cardinals team at unknown to me.

76) Name of the seventy sixth defendant micheal Bidwell's father's girlfriend. The seventy sixth defendant is employed as someone who would know the truth about the ownership of the NFL Arizona Cardinals team at unknown to me.

77) Name of the seventy seventh defendant micheal Bidwell's father's ex wife and/or wives if he has any. The seventy seventh defendant is employed as someone who would know the truth about the ownership of the NFL Arizona Cardinals Team at unknown to me.

78) Name of the seventy eighth defendant any other lovers or sex partners of micheal Bidwell involved. The seventy eight

defendant is employed as someone who
would know the truth about the owner-
ship of the NFL Arizona Cardinals team at
unknown to me

79) Name of the seventy nineth defendant
any other lover a sex partner of Elizabeth
Martin the seventy nineth defendant is
employed as someone who would know
the truth about the ownership of the NFL
Arizona Cardinal team at unknown to me

80) Name of eightieth defendant any other
lover or sex partner of Micheal Bidwell's
father involved the eightieth defendant
is employed as someone that would know
the truth about the ownership of the NFL
Arizona Cardinals team at unknown to me.

81) Name of the eighty first defendant any
other lover or sex partner of Douglas Gordon
Nareau involved at unknown to me

82) Name of the eighty second defendant any
Residential employee of Michael Bidwell the
eighty second defendant is employed as
someone who would know the truth about
the NFL Arizona cardinals Football team
at unknown to me

83) Name of the eighty third defendant any
CEO employee of another NFL franchise
team involved the eighty third

defendant is employed as someone who
would know the truth about the ownership
g the NFL Arizona Cardinals at unknown to me

84) The eighty fourth defendant name. any forms
CEO g another NFL franchise team, involved the eighty
fourth defendant is employed as someone
who would know the truth about the
ownership g the Arizona Cardinals team
at unknown to me

85) Name g the eighty fifth defendant
Any former employee g any other
NFL franchise team involved the eighty fifth
defendant is employed as someone who
would know the truth about the
ownership g the NFL Arizona Cardinals
at unknown to me

86) Name g the eighty sixth defendant.
Any former owner g an NFL franchise
team involved The eighty sixth defend is
employed as someone who would know
the truth about the ownership g the
NFL Arizona Cardinals at unknown to me

87) Name g the eighty seventh defendant. any
former NFL football players involved the
eighty seventh defendant is employed as
someone who would know the truth

about the ownership of the Arizona Cardinals
at unknown to me

88) Name of the eighty eight Defendant any
current NFL football player involved the
eighty eighth defendant is employed as
someone who would know the truth about
the ownership of the Arizona Cardinals NFL
at unknown to me

89) Name of the eightnineth defendant any
managers of any other NFL football franchise
team. The eighty nineth defendant is
employed as someone who would know the
truth about the ownership of the NFL arizona
Cardinals team at unknown to me

90) Name of the ninetieth defendant any
former managers of any other NFL football
franchise team. The Ninetieth defendant
is employed as someone who would know
the truth about the ownership of the NFL
Arizona Cardinals at unknown to me

91) Name of the Ninetyfirst defendant the arizona
cardinals cheerleaders involved. The ninety
first defendant is employed as someone
who should know the truth about the
ownership of the NFL arizona Cardinals

92) Name of the Ninety second defendant
The arizona cardinals airplane pilot

the ninety second defendant is employed as someone who would know the truth about the ownership of the NFL Arizona Cardinals at unknown to me

93) Name of the ninety third defendant any and all former arizona Cardinals airplane pilot. The ninety third defendant is employed as someone who would know the truth about the ownership of the NFL Arizona Cardinals team at unknown to me

94) Name of the ninety fourth defendant. The arizona cardinals bus driver. The ninety fourth defendant is employed as someone that would know the truth about the ownership of the NFL Arizona Cardinals team at unknown to me.

95) Name of the Ninety fifth defendant The Arizona Cardinals publicity personal. The ninety fifth defendant is employed as someone that would know the truth about the ownership of the NFL Arizona Cardinals team at unknown to me

96) Name of the Ninety sixth defendant. The Arizona Cardinals Liasion. The ninety sixth defendant is employed as someone who would know the truth about the ownership of the Arizona Cardinals NFL at unknown to me

97) Name g the Ninety seventh defendant the
Arizona Cardinals Former Stadion the ninety
seventh defendant is employed as someone
who would know the truth about the owner
ship g the NFL arizona cardinals Team
at unknown to me

98) Name g the ninety eighth defendant the arizona
Cardinals public relations person the ninety
eighth defendant is employed as someone
who would know the truth about the
ownership g the NFL Arizona Cardinals att
unknown to me

99) Name g the ninety nineth defendant the
Arizona Cardinals Former Bus driver the
Ninety nineth defendant is employed as someone
who would know the truth about the owner-
ship g the NFL Arizona Cardinals at unknown
to me

100) Name g the one hundreth defendant the
arizona Cardinals Former, publicity person
the one chundreth defendant is employed
as someone who would know the truth
about the ownership g the NFL Arizona
cardinals at unknown to me

101) Name g the one hundred and one defendant
any cheerleader from any other NFL

Franchise Team involved the one hundred
and first defendant is employed as someone
who would know the truth about the
ownership of the NFL Arizona Cardinals team

102) The one hundred and second defendant
is employed The arizona Cardinals
former (public) relations person the
one hundred and second defendant is
employed as someone that would know
the truth about the ownership of the
NFL Arizona cardinals at unknown to me

103) Name of the one hundred and third defendant
anyone from the 72 sold company involved
the one hundred and third defendant is
employed as someone that would know
the truth about the ownership of the
NFL Arizona Cardinals at unknown to me

104) Name of the one hundred and fourth
defendant the owner of the 72 sold Real estate
company The one hundred and fourth
defendant is employed as someone who
would know the truth about the owner
ship of the arizona Cardinals NFL at
unknown to me

105) Name g the one hundred and fifth defendant Danny Surek. The one hundred and fifth defendardant is employed as someone who would know the truth abeut the ownership of the NFL Arizona Cardinals at unknown to me

106) Name g the one hundred and sixth defendant Paul Culvisi. The one hundred and sixth defendant is employed as someone that would know the truth about the ownership g the NFL Arizona cardinals at unknown to me

107) Name g the one hundred and seventh defendant Keith urban. The one hundred and seventh defendant is employed as someone that would know the truth about the ownership g the NFL Arizona cardinals at unknown to me

108) Name g the one hundreth and eighth defendent Arizona Cardinals lockdown podcast company or name is similar to that. The one hundred and eight defendant is employed as The Podcast For the Arizona cardinals NFL Team Hosted by Danny Surek Keith urban and Paul Culvisi at Arizona USA

109) Name g the one hundred and nineth defendant www.omnilisten.com. The

one hundred and nineth defendant is employed as a podcast company that features the Arizona Cardinals at unknown to me.

110) Name of the one hundred and tenth defendant Danny Gores Husband. The one hundred and tenth defendant is employed as someone who would know the truth about the ownership of the NFL Arizona Cardinals at unknown to me.

111) Name of the one hundred and eleventh defendant any former Arizona Cardinal's cheerleader involved. The one hundred and eleventh defendant is employed as someone that would know the truth about the ownership of the Arizona Cardinals NFL.

112) Name of one hundred and twelveth defendant is employed as Any Cardinal's football player involved. The name of the one hundred and twelvth defendant is employed as someone that would know the truth about the ownership of the NFL arizona cardinals at unknown to me.

113) Name of the one hundred and thirteenth defendant any former Arizona cardinals football player involved. The one hundred and thirteen defendant is employed as someone that

Page 2B

would know the truth about the ownership
of the NFL arizona cardinals at unknown to me

114) Name of the one hundred and fourteenth
defendant any commentator of the NFL involved
The one hundred and fourteenth defendant is
employed as someone that knows the truth about
the ownership of the NFL arizona cardinals team
at unknown to me.

115) Name of the one hundred and fifteenth
defendant any spokesperson of the NFL involved
The one hundred and fifteenth defendant is
employed as someone that would know the
truth about the ownership of the Arizona
cardinals NFL at unknown to me

116) Name of the one hundred and sixteenth
defendant Any Commentator of the Arizona
cardinals involved The one hundred and
sixteenth defendant is employed as some
someone that should know the truth about
The owners of the NFL Arizona cardinals at
unknown to me

117) Name of the one hundred and seventeenth
defendant Any Spokesperson of the Arizona
cardinals involved The one hundred and
seventeenth defendant is employed as
someone who would know the truth about
The ownership of the NFL ARIZONA cardinals